

REC'D by ___ D.C.
APPEAL
SEP 1 3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT    FILED by ___ D.C.
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                               Case No. 07-60187-Cr-COHN/SELTZER

           Plaintiff,

    vs.                        FORT LAUDERDALE, FLORIDA
                               ~~MAY 9~~, 2007
                               August 10, 2007
MARLENE DINNALL,

           Defendant.
_____

           TRANSCRIPT OF ARRAIGNMENT HEARING
        BEFORE THE HONORABLE BARRY S. SELTZER,
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                     *United States Attorney's Office*
                     500 East Broward Boulevard, 7th Floor
                     Fort Lauderdale, Florida 33301
                     **BY: SCOTT BEHNKE, A.U.S.A.**


FOR THE DEFENDANT:



                     **BY: CHRISTOPHER A. GRILLO, ESQ.**
                     1 East Broward Boulevard, Suite 700
                     Fort Lauderdale, Florida 33301



REPORTED BY:         JERALD M. MEYERS, RPR-CM
                     J.M. Court Reporting, Inc.
                     1601 N.W. 109 Terrace
                     Telephone: 954-431-4757
                     Pembroke Pines, Florida 33026-2717

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-60187-CR JIC
## DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☒ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____