UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. #07CR60187-COHN
JUDGE:   DISTRICT JUDGE JAMES I. OHN

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

v.

MARLENE DINNALL,

    Defendant/Appellant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that the Defendant MARLENE DINNALL hereby appeals in the District Court of the Southern District of Florida to the 11th Circuit Court of Appeals (NOA) the conviction and sentence of the Defendant rendered May 2, 2008 by the Honorable James I. Cohn, District Court Judge.

DATE:   May 12, 2008

                      Respectfully submitted,

                      _____
                      CHRISTOPHER A. GRILLO, P.A.
                      Counsel for Defendant/Appellant
                      Wachovia Tower, Suite 700
                      1 East Broward Boulevard
                      Fort Lauderdale, FL 33301
                      (954) 524-1125 office
                      (954) 524-1332

[Stamps: PAID 4550; In Forma Pauperis 543124; REC'D by H.H. D.C. MAY 13 2008 STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. of FLA. – MIAMI; 2008 MAY 12 PH 1:32]