```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
       MIAMI DIVISION
  CASE NO. 07-60187-CR-JIC
```

UNITED STATES OF AMERICA,          Fort Lauderdale, Florida

                Plaintiff,         January 22, 2008

        vs.

MARLENE DINNALL,

                Defendant.         Pages 1-59

---

REC'D by _____ D.C.
JUL 2 1 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

FILED BY _____ D.C.
JUL 1 7 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CHANGE OF PLEA HEARING
BEFORE THE HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    LAURIE RUCOBA, ESQUIRE
                       ASSISTANT UNITED STATES ATTORNEY
                       99 Northeast Fourth Street
                       Miami, Florida 33132

FOR THE DEFENDANT:     CHRISTOPHER A. GRILLO, ESQUIRE

REPORTED BY:           TAMMY NESTOR, RPR
                       Official Court Reporter
                       299 E. Broward Boulevard
                       Room 203
                       Fort Lauderdale, Florida 33301
                       (954) 769-5496

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-60187-CR JIC
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
　consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____