1

REC'D by A.H. D.C.
JUL 21 2008
STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S. D. of FLA. – MIAMI

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 07-60187-CR-JIC

UNITED STATES OF AMERICA,
                                    Fort Lauderdale, Florida
              Plaintiff,
                                    May 2, 2008
         vs.

MARLENE DINNALL,

              Defendant.          Pages 1 - 23
---------------------------------
```

FILED BY _____ D.C.
JUL 17 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

```
                     SENTENCING HEARING
              BEFORE THE HONORABLE JAMES I. COHN
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAURIE RUCOBA, ESQUIRE
                        ASSISTANT UNITED STATES ATTORNEY
                        99 Northeast Fourth Street
                        Miami, Florida 33132

FOR THE DEFENDANT:      CHRISTOPHER A. GRILLO, ESQUIRE




REPORTED BY:            TAMMY NESTOR, RPR
                        Official Court Reporter
                        299 E. Broward Boulevard
                        Room 203
                        Fort Lauderdale, Florida 33301
                        (954) 769-5496
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-60187-CR JIC
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____