# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

FILED by _____ D.C.

OCT 30 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

Appeals Section

Date: 10/30/2008

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:  District Court No: 07-60187-CR - JIC

U.S.C.A. No: 08-12818-HH

Style: DINNALL V. USA

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- **1** Volume(s) of pleadings
- **3** Volume(s) of Transcripts
- **X** Exhibits: **0** boxes; **0** folders;
    - **0** envelopes; **1** PSIs (sealed)
    - ☑ other: 1 SEALED ENVELOPE CONTAINING 1 PSI
    - ☐ other: _____
- ☐ Other: _____
- ☐ Other: _____

Sincerely,

Steven M. Larimore, Clerk of Court

By: *Hope Hui*
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL, CLOSED

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:07-cr-60187-JIC-1
## Internal Use Only

Case title: USA v. Dinnall

Date Filed: 08/07/2007
Date Terminated: 05/06/2008

Assigned to: Judge James I. Cohn
Referred to: Magistrate Judge Barry S. Seltzer

### Defendant (1)

**Marlene Dinnall**
DOB: ' 59 PRISONER # 78919-004
TERMINATED: 05/06/2008
*also known as*
Marlene Morris
TERMINATED: 05/06/2008
*also known as*
Marlene Henry
TERMINATED: 05/06/2008
*also known as*
Marlene Angela Hall
TERMINATED: 05/06/2008

represented by **Christopher Alan Grillo**
Christopher Grillo
1 E Broward Boulevard
Suite 700
Fort Lauderdale , FL 33301
954-524-1125
Email: chrisgrilloatty@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:1341.F MAIL FRAUD
(2-6)

18:1343.F FRAUD BY WIRE, RADIO,
OR TELEVISION
(7-9)

18:1028A.F FRAUDULENT USE OF
MEANS OF IDENTIFICATION
(10-11)

18:1349.F ATTEMPTED BANK

### Disposition

Imprisonment 15 months to run
concurrent; Supervised Release 36
months to run concurrent;

Imprisonment 15 months to run
concurrent; Supervised Release 36
months to run concurrent;

Imprisonment 15 months to run
concurrent; Supervised Release 36
months to run concurrent;

Imprisonment 15 months to run
concurrent; Supervised Release 36
months to run concurrent;

Imprisonment 15 months to run
concurrent; Supervised Release 48

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By *Hope Hui*
Deputy Clerk
Date 10/30/08

| | |
|---|---|
| FRAUD<br>(12) | months to run concurrent with counts 1-11, 13-15. |
| 42:408.F CAUSING THE SALE OF FRAUDULENT SOCIAL SECURITY CARD<br>(13-14) | Imprisonment 15 months to run concurrent; Supervised Release 36 months to run concurrent; |
| 18:1028A.F TRANSFER OF FALSE IDENTIFICATION DOCUMENTS<br>(15) | Imprisonment 15 months to run concurrent; Supervised Release 36 months to run concurrent; Assessment $1500.00; Restitution $17,384.50 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA                        represented by    **Laurie E. Rucoba**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale , FL 33301-3002
954-356-7255X3613
Fax: 356-7336
Email: laurie.rucoba@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 | 1 | INDICTMENT as to Marlene Dinnall (1) count(s) 1, 2-6, 7-9, 10-11, 12, 13-14, 15. FORFEITURE COUNT. (at) (Entered: 08/08/2007) Begin Vol. 1 |
| 08/07/2007 | 2 | (Court only) *** ARREST Warrant Issued by Judge Barry S. Seltzer in case as to Marlene Dinnall. Bond Amount $100,000 CSB W/NEBBIA. (at) (Entered: 08/08/2007) |
| 08/09/2007 | 3 | NOTICE OF LIS PENDENS as to Marlene Dinnall for property located at |

| | | |
|---|---|---|
| | | 19499 SW 24th Street, Miramar, Florida 33029. Grantees: Marlene Dinnall. (Beckerleg, William) (Entered: 08/09/2007) |
| 08/09/2007 | | Arrest of Marlene Dinnall per 4 . (nm) (Entered: 08/16/2007) |
| 08/10/2007 | 5 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Marlene Dinnall (1) Count 1,2-6,7-9,10-11,12,13-14,15. Court accepts plea. Arraignment held on 8/10/2007 before Judge Barry S. Seltzer. Tape #07-44-2230-3240 (lk) (Entered: 08/13/2007) |
| 08/10/2007 | 6 | Order on Initial Appearance as to Marlene Dinnall for proceeding held on 8/10/2007. Attorney Christopher Alan Grillo for Marlene Dinnall added for the defendant. Tape #07-BSS Signed by Magistrate Judge Barry S. Seltzer on 8/10/07. (lk) (Entered: 08/13/2007) |
| 08/10/2007 | 12 | Minute Entry for proceedings held before Judge Barry S. Seltzer :Initial Appearance as to Marlene Dinnall held on 8/10/2007. Deft Present in Court, advised of charges. Attorney Grillo filed permanent appearance. Gov't recommends $100,000 CSB w/Nebbia. Court accepts bond of $100,000 csb w/nebbia. Deft arraigned. {nebbia was satisfied} (Tape #BSS-07-44-2230-2537/45-1-570.) (at) (Entered: 08/13/2007) |
| 08/13/2007 | 4 | Report Commencing Criminal Action as to Marlene Dinnall - DOB: \*\*/\*\*/'59 Prisoner #: 78919-004 (lk) (Entered: 08/13/2007) |
| 08/13/2007 | 7 | NOTICE OF ATTORNEY APPEARANCE: Christopher Alan Grillo appearing for Marlene Dinnall. (lk) (Entered: 08/13/2007) |
| 08/13/2007 | 8 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Marlene Dinnall. Status Conference set for 8/27/2007 01:00 PM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow. Signed by Magistrate Judge Barry S. Seltzer on 8/10/07. (lk) (Entered: 08/13/2007) *Vol. 1 cont'd.* |
| 08/13/2007 | 9 | $100,000 CSB Bond Entered as to Marlene Dinnall Approved by Judge Barry S. Seltzer. Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Submit to substance abuse testing and/or treatment as directed by Pretrial Services;Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance;Maintain or actively seek full-time employment;Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;Refrain from possessing a firearm, destructive device or other dangerous weapons;May travel to and from location and must notify Pretrial Services of travel plans before leaving and upon return.; (lk) (Entered: 08/13/2007) |
| 08/13/2007 | 10 | STANDING DISCOVERY ORDER as to Marlene Dinnall. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Magistrate Judge Barry S. Seltzer on 8/10/07. (lk) (Entered: 08/13/2007) |
| 08/13/2007 | 11 | ARREST Warrant Returned Executed on 08/09/2007 in case as to Marlene Dinnall (bs) (Entered: 08/13/2007) |

| | | |
|---|---|---|
| 08/14/2007 | (13) | ORDER SETTING JURY TRIAL as to Marlene Dinnall Calendar Call set for 9/12/2007 at 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 9/17/2007 at 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. Signed by Judge James I. Cohn on 8/14/2007. (vt) (Entered: 08/16/2007) |
| 08/23/2007 | (14) | First RESPONSE to Standing Discovery Order by USA as to Marlene Dinnall (Rucoba, Laurie) (Entered: 08/23/2007) |
| 08/27/2007 | (15) | Minute Entry for proceedings held before Judge Lurana S. Snow :Status Conference as to Marlene Dinnall held on 8/27/2007 (Tape #07-042.) (dd) (Entered: 08/27/2007) |
| 09/07/2007 | (16) | Agreed MOTION to Continue Trial *(and Calendar Call)* by Marlene Dinnall. Responses due by 9/21/2007 (Attachments: # 1 Text of Proposed Order Order)(Grillo, Christopher) (Entered: 09/07/2007) |
| 09/12/2007 | (17) | ORDER granting 16 Motion to Continue Trial as to Marlene Dinnall (1).Signed by Judge James I. Cohn on 9/11/07. (lk) (Entered: 09/12/2007) |
| 09/12/2007 | | Set/Reset Deadlines/Hearings as to Marlene Dinnall: Calendar Call set for 12/13/2007 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 12/17/2007 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. (lk) (Entered: 09/12/2007) |
| 09/12/2007 | 18 | TRANSCRIPT of Arraignment Hearing as to Marlene Dinnall held on 8/10/07 before Judge Barry S. Seltzer. Court Reporter: Jerry Meyers- phone number 305-523-5635 1-32 pages. (hh) (Entered: 09/13/2007) *Vol. 2* |
| 10/15/2007 | (19) | Order directing Clerk to transfer case; pursuant to Administrative Order No. 2007-42, the Magistrate Judge assigned shall be Magistrate Judge Barry S. Seltzer as to Marlene Dinnall. Signed by Judge James I. Cohn on 10/15/2007. (bs) (Entered: 10/15/2007) *Vol. 1 cont'd* |
| 10/17/2007 | (20) | NOTICE OF UNAVAILABILITY by USA as to Marlene Dinnall for dates of 12/21/07 through 1/2/08 (Rucoba, Laurie) (Entered: 10/17/2007) |
| 10/18/2007 | (21) | NOTICE OF HEARING as to Marlene Dinnall Status Conference set for 10/26/2007 at 04:00 PM in Fort Lauderdale Division before Judge James I. Cohn. (vt) (Entered: 10/18/2007) |
| 10/26/2007 | (22) | Minute Entry for proceedings held before Judge James I. Cohn :Status Conference Re: Government's Notice of Unavailability as to Marlene Dinnall held on 10/26/2007 Court Reporter: Anita LaRocca- phone number 954-769-5498 (vt) (Entered: 10/29/2007) |
| 10/30/2007 | (23) | ORDER granting ore tenus motion for continuance as to Marlene Dinnall: Calendar Call set for 1/16/2008 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 1/22/2008 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. Signed by Judge James I. Cohn on 10/29/07. (lk) (Entered: 10/30/2007) |
| 10/30/2007 | | (Court only) ***Excludable started XT -Begin 10/26/07 ending 1/22/08 as to Marlene Dinnall: (lk) (Entered: 10/30/2007) |

| | | |
|---|---|---|
| 01/15/2008 | 24 | Defendant's MOTION to Continue Trial by Marlene Dinnall. Responses due by 1/30/2008 (Grillo, Christopher) (Entered: 01/15/2008) |
| 01/16/2008 | 25 | Minute Entry for proceedings held before Judge James I. Cohn :Calendar Call as to Marlene Dinnall held on 1/16/2008, Motions terminated as to Marlene Dinnall: 24 Defendant's MOTION to Continue Trial is hereby DENIED filed by Marlene Dinnall,., Motion Hearing as to Marlene Dinnall held on 1/16/2008 re 16 Agreed MOTION to Continue Trial *(and Calendar Call)* filed by Marlene Dinnall,, 24 Defendant's MOTION to Continue Trial is hereby DENIED filed by Marlene Dinnall, Court Reporter: Tammy Nester - phone number 954-769-5496 (vt) (Entered: 01/17/2008) |
| 01/17/2008 | 26 | NOTICE *OF FILING* by Marlene Dinnall re 24 Defendant's MOTION to Continue Trial (Attachments: # 1 Exhibit)(Grillo, Christopher) (Entered: 01/17/2008) |
| 01/17/2008 | 27 | Proposed Voir Dire Questions by USA as to Marlene Dinnall (Rucoba, Laurie) (Entered: 01/17/2008) |
| 01/17/2008 | 28 | NOTICE *(Case Law on Issue of Hypothetical Questions to Lenders)* by USA as to Marlene Dinnall (Rucoba, Laurie) (Entered: 01/17/2008) |
| 01/22/2008 | 29 | Minute Entry for proceedings held before Judge James I. Cohn :Change of Plea Hearing as to Marlene Dinnall held on 1/22/2008 Marlene Dinnall (1) Guilty Count 1,2-6,7-9,10-11,12,13-14,15. Plea entered by Marlene Dinnall. Court Reporter: Tammy Nester - phone number 954-769-5496 (ch1) (Entered: 01/22/2008) Vol. 1 contd. |
| 01/22/2008 | 30 | NOTICE OF HEARING as to Marlene Dinnall. Sentencing set for 5/2/2008 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. (ch1) (Entered: 01/22/2008) |
| 01/22/2008 | 31 | ORDER Setting Additional Conditions of Release as to Marlene Dinnall (1). Additional $300,000.00 with 10% deposited in Court Registry. Special Conditions: Home Confinement Program to include electronic monitoring. Signed by Judge James I. Cohn on 1/22/08. (ch1) (Entered: 01/22/2008) |
| 01/23/2008 | 32 | Defendant's MOTION to Modify Conditions of Release by Marlene Dinnall. Responses due by 2/6/2008 (Grillo, Christopher) (Entered: 01/23/2008) |
| 01/24/2008 | 33 | ORDER denying 32 Motion to Modify Conditions of Release as to Marlene Dinnall (1).Signed by Judge James I. Cohn on 1/24/08. (ch1) (Entered: 01/24/2008) |
| 01/24/2008 | 34 | CLERK'S NOTICE of receipt of Payment of $30,000, receipt # 220750, as to Marlene Dinnall (lk) (Entered: 01/24/2008) |
| 04/21/2008 | 35 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Marlene Dinnall (Attachments: # 1 Exhibit A# 2 Exhibit B)(Grillo, Christopher) (Entered: 04/21/2008) |
| 04/30/2008 | 36 | SENTENCING MEMORANDUM by USA as to Marlene Dinnall (Attachments: # 1 Exhibit Exhibits)(Rucoba, Laurie) (Entered: 04/30/2008) |

| | | |
|---|---|---|
| 05/01/2008 | 37 | NOTICE of Instruction to Filer re 36 Sentencing Memorandum filed by USA, sent to USA as to Marlene Dinnall Error: Two or More Document Events Filed as One; Instruction to Filer=In the future please select all applicable Events; (ls) (Entered: 05/01/2008) |
| 05/01/2008 | 38 | Emergency MOTION to Continue Sentencing by Marlene Dinnall. Responses due by 5/15/2008 (Grillo, Christopher) (Entered: 05/01/2008) |
| 05/01/2008 | 39 | ORDER denying 38 Motion to Continue Sentencing as to Marlene Dinnall (1)Signed by Judge James I. Cohn on 5/1/2008. (jgn) (Entered: 05/01/2008) |
| 05/02/2008 | 41 | EXHIBIT LIST by USA as to Marlene Dinnall (jgn) (Entered: 05/05/2008) |
| 05/05/2008 | 40 | Minute Entry for proceedings held before Judge James I. Cohn : Sentencing held on 5/2/2008 for Marlene Dinnall (1), Counts 1, 2-6, 7-9, 10-11, 13-14, 15, 51 months imprisonment to run concurrently with other counts; 3 years supervised release to run concurrently with other counts; $1500.00 Total Special Assessment, due immediately; Total Restitution in the amount of $17,384.50.; Count 12, 51 months imprisonment to run concurrently with other counts; 4 years supervised release to run concurrently with other counts; $1500.00 Total Special Assessment, due immediately; Total Restitution in the amount of $17,384.50. Court Reporter: Tammy Nestor - phone number 954-769-5496 (jgn) (Entered: 05/05/2008) |
| 05/06/2008 | 42 | NOTICE *Release of Lis Pendens* by USA as to Marlene Dinnall (Beckerleg, William) (Entered: 05/06/2008) *Vol. 1 cont'd.* |
| 05/06/2008 | 43 | JUDGMENT as to Marlene Dinnall (1), Count(s) 1, 10-11, 13-14, 2-6, 7-9, Imprisonment 15 months to run concurrent; Supervised Release 36 months to run concurrent;; Count(s) 12, Imprisonment 15 months to run concurrent; Supervised Release 48 months to run concurrent with counts 1-11, 13-15.; Count(s) 15, Imprisonment 15 months to run concurrent; Supervised Release 36 months to run concurrent; Restitution: $17,384.50; Assessment: $1,500.00 Signed by Judge James I. Cohn on 5/6/2008. (ls) (Entered: 05/07/2008) |
| 05/06/2008 | | (Court only) ***Set/Clear Flags as to Marlene Dinnall (ls) (Entered: 05/07/2008) |
| 05/08/2008 | 44 | RELEASE OF EXHIBITS as to Marlene Dinnall. Released to: Laurie Rucoba, AUSA (vt) (Entered: 05/08/2008) |
| 05/12/2008 | 45 | NOTICE OF APPEAL by Marlene Dinnall re 43 Judgment, Receipt; 543124, Filing fee $ 455.00. (hh) (Entered: 05/13/2008) |
| 05/13/2008 | | Transmission of Notice of Appeal and Docket Sheet as to Marlene Dinnall to US Court of Appeals re 45 Notice of Appeal - Final Judgment (hh) (Entered: 05/13/2008) |
| 05/23/2008 | 46 | Defendant's MOTION to Release Bond Obligation *Disbursement of Appearance Bond* by Marlene Dinnall. Responses due by 6/9/2008 (Attachments: # 1 Text of Proposed Order Order)(Grillo, Christopher) (Entered: 05/23/2008) |

| | | |
|---|---|---|
| 05/28/2008 | (47) | ACKNOWLEDGEMENT OF RECEIPT FROM USCA re 45 Notice of Appeal - Final Judgment date received by USCA 5/19/08 USCA number 08-12818-H (hh) (Entered: 05/28/2008) |
| 05/28/2008 | (48) | ORDER granting 46 Motion for disbursement of Bond Obligation as to Marlene Dinnall (1). Signed by Judge James I. Cohn on 5/28/08. (lk) (Entered: 05/28/2008) |
| 06/04/2008 | (49) | TRANSCRIPT INFORMATION FORM as to Marlene Dinnall re 45 Notice of Appeal - Final Judgment filed by Marlene Dinnall. Email sent to Court Reporter Coordinator. Plea and Sentence transcript. Order placed by Christopher A. Grillo P.A.. (hh) (Entered: 06/05/2008) |
| 07/17/2008 | 50 | TRANSCRIPT of Change of Plea Hearing as to Marlene Dinnall for dates of 1/22/08 re 45 Notice of Appeal - Final Judgment Court Reporter: Tammy Nestor - phone number 954-769-5496 1-59 pages. (hh) (Entered: 07/21/2008) *Vol. 3* |
| 07/17/2008 | 51 | TRANSCRIPT of Sentencing Hearing as to Marlene Dinnall for dates of 5/2/08 re 45 Notice of Appeal - Final Judgment Court Reporter: Tammy Nestor - phone number 954-769-5496 1-236 pages. (hh) (Entered: 07/21/2008) *Vol. 4* |
| 07/17/2008 | (52) | TRANSCRIPT NOTIFICATION as to Marlene Dinnall the transcript was ordered on Plea, Sentence by Christopher A. Grillo, P.A. has been filed. (hh) (Entered: 07/21/2008) *End Vol. 1* |

# U.S.D.C. CASE # <u>07-60187-CR</u>

# U.S.C.A. CASE # <u>08-12818-HH</u>

This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):

MARLENE DINNALL