

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813

March 19, 2009

**Appeal Number: 08-12818-HH**
Case Style: USA v. Marlene Dinnall
District Court Number: 07-60187 CR-JIC

TO: Steven M. Larimore

CC: Christopher A. Grillo, Esq.

CC: Anne R. Schultz

CC: Jeanne Marie Mullenhoff

CC: Carol E. Herman

CC: Administrative File

1 VOL.
3 TNS
1 PSI